STATE OF NORTH CAROLINA v. RUFUS OLDEN CRUSE

No. 7226SC125

(Filed 26 April 1972)

APPEAL by defendant from *Copeland, Special Judge,* 2 August 1971 Schedule "C" Criminal Session of Superior Court held in MECKLENBURG County.

Defendant was convicted on six counts of uttering forged checks, in violation of G.S. 14-120. From judgments imposing active prison sentences, defendant appealed.

*Attorney General Robert Morgan by Associate Attorney Henry E. Poole for the State.*

*Lila Bellar for defendant appellant.*

VAUGHN, Judge.

Though docketed more than three weeks late, we have, in our discretion, considered this appeal on its merits. All of defendant's assignments of error have been carefully considered. In the trial from which the defendant appealed, we find no prejudicial error.

No error.

Judges BROCK and HEDRICK concur.